# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES THOMPSON;<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., NBS DEFAULT SERVICES, LLC, and DOES 1-50 inclusive;<br><br>Defendants. | 1:16-cv-1101 AWI SAB<br><br>ORDER DISMISSING CASE FOLLOWING NOTIFICATION OF NON-RESPONSE TO COURT'S DEADLINE FOR FILING OF AMENDED COMPLAINT<br><br>Doc. # 11 |

On October 13, 2016, the court issued a Memorandum Opinion and Order Granting Defendant's Motion to Dismiss. Doc. # 9 (hereinafter, the "October 13 Order"). The October 13 order granted Plaintiff twenty-one days to amend the complaint. In the event no amended complaint was filed, the court directed Defendants to notify the court and move for entry of judgment. Currently before the court is the notice and motion of defendants Wells Fargo Bank and NBS Default Services, LLC ("Defendants") to dismiss the case with prejudice for failure to file an amended complaint within the time period set by the court.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, a court may dismiss a case with prejudice for failure to comply with an order of the court. Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). The court has reviewed the Docket Report in this

matter and finds that the court's October 13 order was properly served upon Plaintiff by mail at Plaintiff's last known address at 3079 Pico Ave. Fresno, California.

There being no response by Plaintiff within the time period allotted by the court, it is hereby ORDERED that Plaintiff's complaint is DISMISSED in its entirety as to all Defendants with prejudice.

The Clerk of the Court shall enter judgment in favor of Defendants and CLOSE THE CASE.

IT IS SO ORDERED.

Dated: __December 12, 2016__         _____
                                     SENIOR  DISTRICT  JUDGE